UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESNO TRUCK CENTER, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BATTLE MOTORS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 1:26-CV-08447-FJS<br><br>ORDER RE: PARTIES' STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT<br><br>(ECF No. 8) |

On November 5, 2026, the parties filed their stipulation for a fourteen-day extension of time for Defendant Battle Motors, Inc. to respond to the complaint. (*See* ECF No. 8.) This is the parties' first stipulation for an extension of time. Pursuant to Local Rule 144, and for good cause appearing, the court HEREBY GRANTS the parties' stipulation (ECF No. 8) for an extension of time to respond to the complaint. Accordingly, Defendant Battle Motors, Inc. SHALL have up to and including November 19, 2026, to file a responsive pleading in this matter.

IT IS SO ORDERED.

Dated: **November 6, 2026**

UNITED STATES MAGISTRATE JUDGE