UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO TRUCK CENTER, INC., a California Corporation,

Plaintiff,

v.

BATTLE MOTORS, INC., a Delaware Corporation,

Defendant.

Case No. 1:26-CV-08447-FJS

ORDER GRANTING STIPULATION FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT

(ECF Nos. 10, 11)

On November 19, 2026, the Parties filed their joint stipulation for a second extension of time to respond to the complaint (ECF No. 11) requesting that this court provide Defendant Battle Motors, Inc., up to and including November 30, 2026, to respond to Plaintiff's complaint (ECF No. 1).[1]

[1] On November 19, 2026, the Parties also filed a second stipulation for a second extension of time to respond to the complaint (ECF No. 10). Given that ECF No. 10 is substantively duplicative of ECF No. 11, but is not signed by all of the Parties, the court will accordingly disregard ECF No. 10.

Pursuant to Local Rule 144, the Parties' joint stipulation (ECF No. 11), and for good cause appearing, the court HEREBY GRANTS the stipulation for a second extension of time to respond to the complaint (ECF No. 11). Accordingly, Defendant Battle Motors, Inc. SHALL have up to and including November 30, 2026, to respond to Plaintiff's complaint.

IT IS SO ORDERED.

Dated: **November 20, 2026**

UNITED STATES MAGISTRATE JUDGE